UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEBBIE BRENT,

      Plaintiff,

v.     Case No: 2:14-cv-52-FtM-38DNF

SOURCE INTERLINK
DISTRIBUTION, LLC and SOURCE
INTERLINK COMPANIES, INC.,

      Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Suggestion of Bankruptcy of Defendant Source Interlink Distribution, LLC (Doc. 18) filed on July 9, 2014. Defendant Source Interlink Distribution, LLC indicates it has filed a Chapter 11 bankruptcy petition. (See Doc. 18-1). Therefore, all matters against Defendant Source Interlink Distribution, LLC are stayed by operation of law pursuant to 11 U.S.C. § 362. This matter, however, is not stayed as it relates to Defendant Source Interlink Companies, Inc. The clear language of Section 362 only stays the action automatically against a debtor. Chicago Title Ins. Co. v. Lerner, 435 B.R. 732, 735 (S.D. Fla. 2010) (quoting McCartney v. Integra Nat'l Bank North, 106 F.3d 506, 509 (3d Cir. 1997)); see e.g., Souder v. Premier Automotive on Atlantic, LLC, No. 3:08-cv-973-J-32JRK, 2009 WL 691916, at *1 (M.D. Fla. Mar. 13, 2009)

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

(staying the case only to the debtor defendant); In re Colonial Bancgroup Inc. Securities Litigation, 2:09cv104-MHT, 2010 WL 119290, at *1 (M.D. Ala. Jan. 7, 2010) ("The automatic stay provisions of § 362(a) generally do not operate to stay claims against non-debtor defendants.") (citation omitted). To date, there is no evidence that unusual circumstances exist in this matter to warrant a stay of the case regarding the Defendant Source Interlink Companies, Inc. as well.

Accordingly, it is now

**ORDERED:**

This matter is **stayed** as it relates to Defendant Source Interlink Distribution, LLC **only**.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of July, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record